No. 83–6498. FLICK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–6505. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6507. HEIMANN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–6511. BERRIO-CORDOBA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6520. POSTON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6521. SOMMER v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6522. TWYMAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–6525. HAFEN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–6531. MCDUFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–122. HYDROKINETICS, INC. v. ALASKA MECHANICAL, INC. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 83–1093. MICHIGAN v. PARKER. Sup. Ct. Mich. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 83–1421. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. THOMPSON. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.